| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Ward, Thomas J | 2. Court or Organization<br><br>U.S. District Court, TX-E | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial  ● Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>100 East Houston Street<br><br>Marshall, Texas 75670 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Joint Venturer | J&J Joint Venture #1-real estate investment; sole asset of jt. venture is und.int. in limited partnership Barrow Heath Clearwater, Ltd |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 11 P 12:15 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ward, Thomas J | 5/10/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | June 12-13 IP Section - Panel participant; travel, food and lodging |
| 2. | University of Houston Law Center | October 15-16 - Speaker IP Conference; travel, food and lodging |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ward, Thomas J | 5/10/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Dr. Dan Jones and Dr. Suzanne Schmidt | Two round trip tickets from Gregg County, Texas, to Jackson Hole, Wyoming (see Notes) | $698 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Texas Bank & Trust (f/ka Longview Bank & Trust) | Promissory note secured by CD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Skandia Variable Annuity | | None | L | T | Buy Monthly | | J | | - |
| 2. Northbrook Life Ins. Variable Annuity | | None | M | T | Buy Monthly | | J | | |
| 3. Northbrook Life Ins. Variable Annuity | | None | K | T | | | | | |
| 4. MSDW-American Opportunities Fund(fka American Value Fund) | | None | J | T | | | | | |
| 5. MSDW - Dividend Growth Fund | B | Dividend | J | T | | | | | |
| 6. MSDW - Strategist Fund | A | Dividend | J | T | | | | | |
| 7. MSDW - Global Dividend Growth Securities B | A | Dividend | K | T | | | | | |
| 8. MSDW Liquid Asset Fund | A | Interest | J | T | | | | | |
| 9. MSDW Balanced Growth Fund | A | Dividend | J | T | | | | | |
| 10. Hibernia National Bank (Accounts) | B | Interest | M | T | | | | | |
| 11. NE Territory Addition LLC | | None | L | W | | | | | |
| 12. Las Cruces Associates | | None | J | W | | | | | |
| 13. MSDW IRA #1 | | | | | | | | | |
| 14. - MSDW Liquid Asset Fund | A | Interest | J | T | | | | | |
| 15. - Furrs Bishop Inc. Common Stock | A | Dividend | J | T | | | | | |
| 16. - Putnam Master Int. Inc. Trust | A | Interest | J | T | | | | | |
| 17. - MSDW Global Dividend Growth Fund B | C | Dividend | K | T | | | | | |
| 18. - MSDW Strategist Fund B | C | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - MSDW Pacific Growth Fund B | A | Dividend | J | T | | | | | |
| 20. - MSDW European Growth Fund B | A | Dividend | J | T | | | | | |
| 21. - MSDW Dividend Growth Fund.B | B | Dividend | K | T | | | | | |
| 22. - MSDW Real Estate Fund B | A | Dividend | K | T | | | | | |
| 23. - MSDW American Opportunities Fund B | C | Dividend | L | T | | | | | |
| 24. MSDW IRA #2 | | | | | | | | | |
| 25. - Furrs Bishop Inc. Common Stock | A | Dividend | J | T | | | | | |
| 26. - MSDW Global Dividend Growth Fund B | A | Dividend | J | T | | | | | |
| 27. - MSDW Strategist Fund B | A | Dividend | K | T | | | | | |
| 28. - MSDW Pacific Growth Fund B | A | Dividend | J | T | | | | | |
| 29. - MSDW European Growth Fund B | A | Dividend | J | T | | | | | |
| 30. - MSDW Dividend Growth Fund B | A | Dividend | K | T | | | | | |
| 31. - Krupp Government Income Trust II | | None | J | T | | | | | |
| 32. Bell County, Texas Health Facility Development Bond | A | Interest | J | T | Part.Dist. | 7/19 | J | | bankruptcy liquidation |
| 33. Texas Bank & Trust (f/k/a Longview Bank & Trust) (Accounts) | B | Interest | M | T | | | | | |
| 34. Real Estate, Longview, Texas | | None | M | W | | | | | |
| 35. Unimproved residential lot, Longview, Texas | | None | K | R | | | | | |
| 36. Real Estate, Upshur County, Texas | | None | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 38. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 39. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 40. MSDW S&P 500 Index Fund B | A | Dividend | K | T | | | | | |
| 41. MSDW Total Market Index Fund B | A | Dividend | J | T | | | | | |
| 42. Motient Corp. (fka American Mobile Satellite) Common Stock | | None | J | T | | | | | |
| 43. Southside Bank (accounts) | C | Interest | M | T | | | | | |
| 44. Remington Arms, Inc. Bond | A | Interest | | | sale | 2/25 | J | A | |
| 45. Ponderosa Gathering, LLC | | None | J | U | | | | | |
| 46. Account Receivable | | None | J | U | | | | | |
| 47. J&J Joint Venture No. 1 | | None | J | U | | | | | |
| 48. CIBC Oppenheimer Money Market Account | A | Dividend | J | T | | | | | |
| 49. UIT First Trust Shares | | None | J | T | | | | | |
| 50. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 51. Microsoft Corporation Common Stock | | None | J | T | | | | | |
| 52. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 53. W.R. Hough & Co. Money Fund | A | Interest | J | T | | | | | |
| 54. Working Interest - Denson #1, Gregg County, Texas | D | Royalty | K | W | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Working Interest - J.Bussey #1, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 56. Working Interest - Culpepper #3, Gregg County, Texas | C | Royalty | K | W | | | | | |
| 57. Working Interest - Flewellen #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 58. Working Interest - Flewellen #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 59. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 60. Working Interest - Denson #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 61. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 62. Working Interest - Denson #4, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 63. Working Interest - Flewellen #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 64. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 65. Working Interest - Culpepper #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 66. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 67. Working Interest - Castleberry #10, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 68. Working Interest - Flewellen #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 69. Working Interest - Flewellen #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 70. Working Interest - Castleberry #11, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 71. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 72. Working Interest - Flewellen #8, Gregg County, Texas | B | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Working Interest - Flewellen #9, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 74. Working Interest - Trudie Bruton #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 75. Working Interest - Denson #5, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 76. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 77. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 78. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | B | Royalty | J | W | | | | | |
| 79. Royalty - Davis #2, Wood County, Texas | B | Royalty | J | W | | | | | |
| 80. Working Interest - Utzman #1, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 81. Working Interest - Ritz #1, Panola County, Texas | | None | J | W | | | | | |
| 82. Working Interest - Ritz #2, Panola County, Texas | C | Royalty | J | W | | | | | |
| 83. Working Interest - Vera Davis #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 84. Working Interest - Roy Harrell #1, Harrison County, Texas | B | Royalty | J | W | | | | | |
| 85. Working Interest - Inez Bates #2, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 86. Working Interest - Inez Bates #3, Nacogdoches County, Texas | E | Royalty | K | W | | | | | |
| 87. Working Interest - Inez Bates #4, Nacogdoches County, Texas | D | Royalty | L | W | | | | | |
| 88. Working Interest - Inez Bates #5, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 89. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | C | Royalty | K | W | | | | | |
| 90. Working Interest - NRW Birmingham #1, Cherokee County, Texas | | None | | | buy | 7/30 | J | | Machin & Associates |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Working Interest - NRW Birmingham #1, Cherokee County, Texas | | | | | P&A (note) | 8/11 | | | |
| 92. Working Interest - McCarter #1, Rusk County, Texas | A | Royalty | J | W | buy | 3/13 | J | | Machin & Associates |
| 93. Working Interest - Vera Davis #3, Panola County, Texas | | None | J | W | buy | 7/25 | J | | Vaughn Operating Co. LLC |
| 94. Working Interest - Jordan #1, Panola County, Texas | | None | J | W | buy | 9/02 | J | | Ark-La-Tex Energy LLC |
| 95. Working Interest - Burk #2, Panola County, Texas | | None | J | W | buy | 10/21 | J | | Ark-La-Tex Energy LLC |
| 96. Working Interest - West Bay #1, Panola County, Texas | B | Royalty | L | W | buy | 6/12 | J | | Ark-La-Tex Energy LLC |
| 97. Working Interest - Brady #1, Rusk County, Texas | | None | J | W | buy | 9/05 | J | | Vaughn Operating Co. LLC |
| 98. Working Interest - Beckham #2, Panola County, Texas | | None | J | W | buy | 11/22 | J | | Ark-La-Tex Energy LLC |
| 99. Working Interest - Baughman, Rusk County, Texas | | None | J | W | buy | 3/13 | J | | Machin & Associates |
| 100. Working Interest - Baughman, Rusk County, Texas | | None | | | P&A (note) | 4/1 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

### V. GIFTS

Tickets were purchased by donor with miles from donor's Frequent Flyer Program. Value shown was price quoted for same tickets by airline to filer on date filer received notice of gift.

### VII. INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter.

Item No. 7 as shown on filer's report for calendar year 2002 does not appear in this report. This fund was apparently placed in one or more of items 4, 5, 6, 7, 8 or 9 funds. This mutual fund account is not managed or directed by filer.

Item Nos. 11 and 12: Undivided interest in real estate limited partnership. Filer cannot direct, influence or in any manner affect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item Nos. 15 and 28 on this report will likely not be reported on future reports because year end statement from MSDW indicates no value.

Item Nos. 24 and 26 as shown on filer's report for calendar year 2002 do not appear on this report. These items were in IRA account managed exclusively by Morgan Stanley. Filer has no input into decisions eliminating from IRA portfolio and cannot explain the absence of these items.

Item No. 32 issuer of bond defaulted. A partial distribution of principal was received. It is unlikely any further reduction of principal will be received. Bond will not be reported in future because value, if any, is probably less than threshold reporting value.

Item No. 46 Debtor is NE Territory Addition LLC identified in item number 11.

Item No. 47 Real estate investment; sole asset is undivided interest in limited partnership, Barrow Heath Clearwater Ltd., with real estate in Clearwater, Florida. Filer cannot direct, influence or in any manner affect the purchase, exchange, sale or disposition of Barrow Heath Clearwater Ltd. or its property.

Item No. 53 Funds in account represent accumulated interest received from Bond described as item no. 52. This accumulated interest was inadvertently overlooked by filer on prior reports.

Item Nos. 75, 76, 77 and 78 Funds attributable to filer's working interest in these wells is distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP. Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item Nos. 90-91 and 99-100 represent two oil and gas prospects that were drilled during the reporting period that proved non-productive. P&A indicates the wells were plugged and abandoned. The date in Column D(2) is the date filer received notice of non-productive status.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date 05/10/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544